IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EARNEST RAY WILLIS, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:04-CV-2020-D |
| VS. | § | |
| | § | |
| DOUGLAS DRETKE, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the March 24, 2005 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and petitioner's December 17, 2004 motion to file late objections to findings, conclusions, and recommendation of the United States Magistrate Judge is denied.

**SO ORDERED**.

April 26, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE